```
                    ALABAMA JUDICIAL DATA CENTER
                         COURT PAYMENT SYSTEM

         COUNTY                              RECEIPT NUMBER: 039005
   DATE OF RECEIPT: 07/07/2005   TIME: 15:23:55
   RECEIPT FOR CASE: CV 2005 000136 00        BATCH: 2005214
         RECEIVED FROM: HON C LANCE GOULD


   TONY AND DOROTHY TURNER    VS AMERICAN INTERNATIONAL GROUP, INC; ET

       ACCOUNTS RECEIPTED:
           CV05                                  $333.00
           JDMD                                  $100.00
           SERA                                   $90.00

   RECEIVED BY: VEH        CHECK AMOUNT        $523.00
```

```
                    ALABAMA JUDICIAL DATA CENTER
                         COURT PAYMENT SYSTEM

         COUNTY                              RECEIPT NUMBER: 039015
   DATE OF RECEIPT: 07/07/2005   TIME: 15:58:40
   RECEIPT FOR CASE: CV 2005 000136 00        BATCH: 2005215
         RECEIVED FROM: TURNER TONY


   TONY AND DOROTHY TURNER    VS AMERICAN INTERNATIONAL GROUP, INC; ET

       ACCOUNTS RECEIPTED:
           CVAF                                  $100.00

   RECEIVED BY: VEH        CHECK AMOUNT        $100.00
```

EXHIBIT A

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

TONY and DOROTHY TURNER,                *
                                        *
       Plaintiffs,                      * Civil Action No. CV-05-136
                                        *
v.                                      *
                                        *
AMERICAN INTERNATIONAL GROUP, INC;      *
et al.,                                 *
                                        *
       Defendants.                      *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:    AMERICAN INTERNATIONAL GROUP, INC.
              70 Pine Street
              New York, NY 10270

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

        C. Lance Gould
        BEASLEY, ALLEN, CROW, METHVIN,
        PORTIS & MILES, P.C.
        Post Office Box 4160
        Montgomery, AL  36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                     _Sadie N. Mallard_
                                        CIRCUIT CLERK

Dated:  7/7/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

TONY and DOROTHY TURNER,                *
                                        *
    Plaintiffs,                         *  Civil Action No. 05-136
                                        *
v.                                      *
                                        *
AMERICAN INTERNATIONAL GROUP, INC;      *
et al.,                                 *
                                        *
    Defendants.                         *

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:    AMERICAN GENERAL CORPORATION
              2929 Allen Parkway
              Houston, TX  77019

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

              Roman A. Shaul
              BEASLEY, ALLEN, CROW, METHVIN,
              PORTIS & MILES, P.C.
              Post Office Box 4160
              Montgomery, AL  36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                        _____
                                        CIRCUIT CLERK

Dated: 7/7/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| TONY and DOROTHY TURNER, | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | * CIVIL CASE NO. 05-136 |
| | * |
| AMERICAN INTERNATIONAL GROUP, | * |
| INC., et al., | * |

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:   AMERICAN GENERAL FINANCE, INC.
n/k/a American General Financial Services of Alabama, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, AL 36104

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*[signature]*
CIRCUIT CLERK

Dated: 7/7/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| TONY and DOROTHY TURNER, | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | * CIVIL CASE NO. 05-136 |
| | * |
| AMERICAN INTERNATIONAL GROUP, | * |
| INC., et al., | * |

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO: AMERICAN GENERAL FINANCIAL
SERVICES OF ALABAMA, INC.
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, AL 36104

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Sadie N. Mallard
CIRCUIT CLERK

Dated: 7/7/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

TONY and DOROTHY TURNER           *
                                  *
    Plaintiffs,                   *  Civil Action No. 05-136
                                  *
v.                                *
                                  *
AMERICAN INTERNATIONAL GROUP, INC; *
et al.                            *
                                  *
    Defendants.                   *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:    YOSEMITE INSURANCE COMPANY
              c/o Superintendent of Insurance
              717 Market Street
              San Francisco, CA 94103

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

    C. Lance Gould
    BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
    Post Office Box 4160
    Montgomery, AL 36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                          _____
                                          CIRCUIT CLERK

Dated: 7/7/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

TONY and DOROTHY TURNER,            *
                                    *
    Plaintiffs,                    *
                                    *
vs.                                 *   CIVIL CASE NO. CV-05-134
                                    *
AMERICAN INTERNATIONAL GROUP,       *
INC., et al.,                       *

## SUMMONS

    This service by personal service of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:    MERIT LIFE INSURANCE COMPANY
c/o Superintendent of Insurance
601 NW Second Street
Evansville, IN 47708

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

    C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                                Eddie N. Mallard
                                               CIRCUIT CLERK

Dated: 7/7/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

TONY and DOROTHY TURNER,    *
                            *
       Plaintiffs,          *
                            *
vs.                         *   CIVIL CASE NO. 05-136
                            *
AMERICAN INTERNATIONAL GROUP, *
INC., et al.,               *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:    KATHIE ROWELL
              c/o American General Finance, Inc.
              1848 Opelika Road
              Auburn, AL 36830

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

              C. Lance Gould
              BEASLEY, ALLEN, CROW, METHVIN,
              PORTIS & MILES, P.C.
              Post Office Box 4160
              Montgomery, AL 36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                    _____
                                    CIRCUIT CLERK

Dated: 7/7/05

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>CV 2005 136 __-__<br>Date of Filing: 07 07 2005<br>Month  Day  Year<br>Judge Code: XXXXXX |
|---|---|---|

### GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____ Macon _____, ALABAMA
(Name of County)

_____ Tony and Dorothy Turner _____ v. _____ American International Group, Inc. et al _____

**Plaintiff**
First Plaintiff: ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**Defendant**
First Defendant: ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER: _____
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** G O U 0 0 7    July 5, 2005
Date

Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES  ☑ NO  ☐ UNDECIDED

| Inv Date | Inv No | Tracking | Description | Matter ID | Amount |
|---|---|---|---|---|---|
| 7/1/2005 | 07-01-05-22 | 208163 | Filing fee | 200500029487 | 485.00 |

# $508.00

Check No: 157494

THE
WALZ
CERTIFIED
MAILER™

**WALZ™** U.S. PAT. NOS. 5,501,393; 4,368,903

7160 3901 9848 8110 6277

Label #1

TO: American General Finance, Inc.
n/k/a American General Financial Services of
Alabama ,c/o CSC Lawyers Incorporating
Service
150 S. Perry Street
Montgomery, AL 36104

Label #2

American General Finance, Inc.
n/k/a American General Financial Services of
Alabama ,c/o CSC Lawyers Incorporating
Service
150 S. Perry Street
Montgomery, AL 36104

SENDER: C. Lance Gould

REFERENCE: Tony and Dorothy Turner v. American Inte

PS Form 3800, June 2000

RETURN RECEIPT SERVICE
- Postage
- Certified Fee
- Return Receipt Fee
- Restricted Delivery
- Total Postage & Fees

Label #3

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

FOLD AND TEAR THIS WAY → OPTIONAL

Label #5

Certified Article Number  7160 3901 9848 8110 6277  SENDERS RECORD

American General Finance, Inc.
n/k/a American General Financial Services of
Alabama ,c/o CSC Lawyers Incorporating
Service
150 S. Perry Street
Montgomery, AL 36104

Label #6

Charge Amount: $

Charge To:

FOLD AND TEAR THIS WAY →

**WALZ™**

FORM #35663 VERSION: 09/04
U.S. PAT. NOS. 5,501,393; 4,368,903

7160 3901 9848 8110 6260

TO: American General Corporation
2929 Allen Parkway
Houston, TX 77019

Label #1

SENDER: C. Lance Gould

REFERENCE: Tony and Dorothy Turner v. American Inte

Label #2

American General Corporation
2929 Allen Parkway
Houston, TX 77019

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

Label #3

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

FOLD AND TEAR THIS WAY → OPTIONAL

Label #5

American General Corporation
2929 Allen Parkway
Houston, TX 77019

Certified Article Number: 7160 3901 9848 8110 6260
SENDERS RECORD

Charge Amount: $

Charge To:

Label #6

FOLD AND TEAR THIS WAY →

**WALZ** ™

FORM #35663 VERSION: 09/04
U.S. PAT. NOS. 5,501,393; 4,368,903

7160 3901 9848 8110 6253

TO: Yosemite Insurance Company
c/o Superintendent of Insurance
717 Market Street
San Francisco, CA 94103

Label #1

Label #2

Yosemite Insurance Company
c/o Superintendent of Insurance
717 Market Street
San Francisco, CA 94103

SENDER: C. Lance Gould

REFERENCE: Tony and Dorothy Turner v.
American Inte

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

Label #3

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

FOLD AND TEAR THIS WAY → OPTIONAL

Label #5

Yosemite Insurance Company
c/o Superintendent of Insurance
717 Market Street
San Francisco, CA 94103

Label #6

Certified Article Number
7160 3901 9848 8110 6253
SENDERS RECORD

Charge Amount: $

Charge To:

FOLD AND TEAR THIS WAY →

**WALZ™**

To reorder go to WALZPO... or call 1-800-882-38... contact your WALZ™ sales represen... labels

Label #1

FORM #35663 VERSION: 09/04
U.S. PAT. NOS. 5,501,393; 4,368,903

7160 3901 9848 8110 6239

**TO:** American General Financial Services of ALA.
c/o CSC Lawyers Incorporating Service
150 S. Perry Street
Montgomery, AL 36104

TEAR ALONG THIS LINE

**SENDER:** C. Lance Gould

**REFERENCE:** Tony and Dorothy Turner v. American Inte

American General Financial Services of ALA.
c/o CSC Lawyers Incorporating Service
150 S. Perry Street
Montgomery, AL 36104

Label #2

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

| US Postal Service **Receipt for Certified Mail** No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE |
| --- | --- |

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

Label #3

FOLD AND TEAR THIS WAY → OPTIONAL

Label #5

Certified Article Number   SENDERS RECORD
7160 3901 9848 8110 6239

Label #6

American General Financial Services of ALA.
c/o CSC Lawyers Incorporating Service
150 S. Perry Street
Montgomery, AL 36104

Charge Amount:  $

Charge To:

FOLD AND TEAR THIS WAY →

THE WALZ CERTIFIED MAILER™

FROM **WALZ**™

FORM #35663 VERSION: 09/04
U.S. PAT. NOS. 5,501,393; 4,368,903

7160 3901 9848 8110 6222

TO: Merit Life Insurance Company
c/o Superintendent of Insurance
601 NW Second Street
Evansville, AL 47708

Label #1

Label #2

Merit Life Insurance Company
c/o Superintendent of Insurance
601 NW Second Street
Evansville, AL 47708

TEAR ALONG THIS LINE

SENDER: C. Lance Gould

REFERENCE: Tony and Dorothy Turner v. American Inte

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

Label #3

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

FOLD AND TEAR THIS WAY ⟶ OPTIONAL

Label #5

Label #6

Certified Article Number 7160 3901 9848 8110 6222
SENDERS RECORD

Merit Life Insurance Company
c/o Superintendent of Insurance
601 NW Second Street
Evansville, AL 47708

Charge Amount: $

Charge To:

FOLD AND TEAR THIS WAY ⟶

WALZ
To reorder go to WALZPO
or call 1-800-882-381
or contact your WALZ™ sales represent
Data Into Labels
labels tha

WALZ CERTIFIED MAILER™
FORM #35663
09/04



**THE WALZ CERTIFIED MAILER™**

FROM **WALZ** ™

FORM #35663 VERSION: 09/04
U.S. PAT. NOS. 5,501,393; 4,368,903

7160 3901 9848 8110 6284

Label #1

TO: American International Group, Inc.
70 Pine Street
New York, NY 10270

American International Group, Inc.
70 Pine Street
New York, NY 10270

Label #2

SENDER: C. Lance Gould

REFERENCE: Tony and Dorothy Turner v. American Inte

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

Label #3

PS Form 3800, June 2000
RETURN RECEIPT SERVICE
Postage
Certified Fee
Return Receipt Fee
Restricted Delivery
Total Postage & Fees

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

A  FOLD AND TEAR THIS WAY → OPTIONAL
B
Label #5

Certified Article Number  7160 3901 9848 8110 6284
SENDERS RECORD
Label #4

American International Group, Inc.
70 Pine Street
New York, NY 10270

Label #6

Charge Amount: $

Charge To:

FOLD AND TEAR THIS WAY →

Detaching and Attaching the G
Detaching Green Card from Form: Fold a
ching Green Card to Mail Piece: Expo
bend perforation ② as this may wea

NOT BEND VERTICAL PERF

FC

**WALZ** ™

FORM #35663 VERSION: 09/04
U.S. PAT. NOS. 5,501,393; 4,368,903

7160 3901 9848 8110 6215

TO: Kathie Rowell
c/o American General Finance, Inc.
1848 Opelika RD.
Auburn, AL 36830

Label #1

Kathie Rowell
c/o American General Finance, Inc.
1848 Opelika RD.
Auburn, AL 36830

Label #2

SENDER:    C. Lance Gould

REFERENCE: Tony and Dorothy Turner v.
American Inte

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

C. Lance Gould
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103

Label #3

TEAR ALONG THIS LINE

FOLD AND TEAR THIS WAY → OPTIONAL

Label #5

Label #6

SENDERS RECORD

Kathie Rowell
c/o American General Finance, Inc.
1848 Opelika RD.
Auburn, AL 36830

Charge Amount: $

Charge To:

FOLD AND TEAR THIS WAY →

Detaching Green Card from Mail Piece: Expose...
Detaching Green Card to Mail Piece...as this may weaken th...
bend perforation...

DO NOT BEND VERTICAL PERF

FOLD THE



| Inv No. | Tracking | Description | Matter ID | Amount |
|---|---|---|---|---|
| 07-01-05-18 | 208157 | Filing fee | 200500029518 | 503.00 |

$523.00

Check No: 157490