IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY AND DOROTHY TURNER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:05CV753-M |
| ) | |
| AMERICAN INTERNATIONAL ) | |
| GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For good cause, it is

ORDERED that, on or before 12 September 2005, the plaintiffs shall show cause in writing why the Motion to Dismiss, filed on 15 August 2005 (Doc. # 5), should not be granted.  The plaintiffs shall respond specifically to the defendants' statement of facts, especially the material facts,[1] and the plaintiffs shall respond specifically to the defendants' legal arguments.  Thereafter, the motion will be deemed submitted, and the parties shall not file any additional pleadings.

DONE this 16th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] For example, defendants allege, on page 2 of the motion that "AIG and AGC do not issue insurance policies or offer financial services".