**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **TONY AND DOROTHY TURNER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.: CV-05-753** |
| ) | |
| **AMERICAN INTERNATIONAL GROUP,** ) | |
| **INC.; AMERICAN GENERAL** ) | |
| **CORPORATION; AMERICAN GENERAL** ) | |
| **FINANCE, INC.; CREDIT CENTERS, INC.,** ) | |
| **d/b/a AMERICAN GENERAL FINANCE,** ) | |
| **INC.; MERIT LIFE INSURANCE** ) | |
| **COMPANY; YOSEMITE INSURANCE** ) | |
| **COMPANY; KATHIE ROWELL; CONNIE** ) | |
| **FARMER and Fictitious Defendants "A", "B",** ) | |
| **and "C", whether singular or plural, those** ) | |
| **other persons, corporations, firms, or other** ) | |
| **entities whose wrongful conduct caused the** ) | |
| **injuries and damages to the Plaintiff, all of** ) | |
| **whose true and correct names are unknown to** ) | |
| **Plaintiffs at this time, but will be substituted by** ) | |
| **amendment when ascertained,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF APPEARANCE**

Comes now Thomas J. Butler, Maynard, Cooper & Gale, P. C., 1901 Sixth Avenue,

North, Suite 2400 AmSouth/Harbert Plaza, Birmingham, Alabama, 35203, (205) 254-1000, and

enters his appearance as additional counsel for defendants American General Corporation and

American International Group, Inc.

Respectfully submitted,

s/ Thomas J. Butler
Jeffrey M. Grantham (ASB-4866-M66J)
Thomas J. Butler (ASB-7790-T75T)
John Thomas A. Malatesta, III (ASB-4646-O70M)
Attorneys for Defendants American International
Group, Inc. and American General Corporation

01214894.1

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
205-254-1000
205-254-1999 (fax)


### CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following listed person by U. S. Mail, postage prepaid, on this the 30th day of August, 2005:

C. Lance Gould, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36104

David Alan Elliott, Esq.
BURR & FORMAN LLP
SouthTrust Tower, Suite 3100
420 – 20th Street, North
Birmingham, AL  35203


      s/ Thomas J. Butler
      OF COUNSEL

01214894.1