IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| TONY TURNER and | ) | |
| DOROTHY TURNER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv753-T |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that:

(1)  Plaintiffs' motion to stay (Doc. no. 15) is denied.

(2)  Plaintiffs' motion to remand (Doc. no. 16) is set for submission, without oral argument, on September 12, 2005, with all briefs due by said date.

DONE, this the 7th day of September, 2005.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE