IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY and DOROTHY TURNER, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-00753 |
| AMERICAN INTERNATIONAL GROUP, INC.; et al. | ) |
| Defendants. | ) |

### AFFIDAVIT OF CONNIE FARMER

Connie Farmer, under oath, states as follows:

1. My name is Connie Farmer. The statements made in this declaration are based upon my own personal knowledge as more specifically set forth below and, if sworn as a witness, I could testify competently to them.

2. I worked for American General Financial Services, Inc. ("AGFS"), formerly known as American General Finance, Inc., from 1988 until 2001. I do not recall any loans that Plaintiffs Tony and Dorothy Turner obtained from AGFS in 1995, and at no time did I ever tell any customer, including Tony and Dorothy Turner, that credit insurance was required, that credit insurance would improve the customer's chances of obtaining a loan, or that credit insurance would improve a customer's credit score.

3. I was not aware until counsel for AGFS contacted me that I had been named as a defendant in this lawsuit. I have never received a copy of a summons and complaint for this lawsuit.


EXHIBIT C

FURTHER AFFIANT SAYETH NOT.

This the 12th day of September, 2005.

_____
Connie Farmer

SWORN TO AND SUBSCRIBED BEFORE ME, this the 12th day of September, 2005.

_____
NOTARY PUBLIC

My Commission Expires:

11-19-06

1394086

2