IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TONY TURNER and              )
DOROTHY TURNER,              )
                             )
    Plaintiffs,              )
                             )     CIVIL ACTION NO.
    v.                       )        3:05cv753-T
                             )
AMERICAN INTERNATIONAL       )
GROUP, INC., et al.,         )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that all pending motions are set for on-the-record oral argument on September 20, 2005, at 8:15 a.m. Counsel for plaintiffs are to arrange for the argument to be conducted by telephone.

DONE, this the 19th day of September, 2005.


                                           /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE