**Full docket text for document 25:**
ENDORSED ORDER denying [21] Motion for Extension of Time to File Response to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery. Signed by Judge Callie V. S. Granade on 10/4/2005. (Granade, Callie)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/13/2005 08:30:48 | | | |
| PACER Login: | bw0126 | Client Code: | American General Finance |
| Description: | History/Documents | Search Criteria: | 2:05-cv-00453-CG-D |
| Billable Pages: | 1 | Cost: | 0.08 |



**Full docket text for document 26:**
ENDORSED ORDER denying [21] Motion for Extension of Time to File Response to Plaintiffs' Motion to Remand for the Purpose of Conducting Remand-Related Discovery. Signed by Judge Callie V. S. Granade on 10/4/2005. (Granade, Callie)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/13/2005 08:24:54 | | | |
| PACER Login: | bw0126 | Client Code: | American General Finance |
| Description: | History/Documents | Search Criteria: | 2:05-cv-00452-CG-D |
| Billable Pages: | 1 | Cost: | 0.08 |

EXHIBIT B