IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


TONY TURNER and          )
DOROTHY TURNER,          )
                         )
     Plaintiffs,         )
                         )          CIVIL ACTION NO.
     v.                  )            3:05cv753-MHT
                         )
AMERICAN INTERNATIONAL   )
GROUP, INC., et al.,     )
                         )
     Defendants.         )

ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 24) is amended to reflect that the pretrial, now set for April 6, 2006, is reset for April 5, 2006, with all deadlines expressly tied to this date adjusted accordingly.

DONE, this the 13th day of February, 2006.


        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE